Order Form (01/2005)  Case 1:05-cv-04259 Document 28 Filed 08/10/05 Page 1 of 1 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4259 | **DATE** | 8/10/2005 |
| **CASE TITLE** | US SEC vs. U.S. Wind Farming | | |

**DOCKET ENTRY TEXT:**

Enter Order. It is hereby ordered that the asset freeze against U.S. Wind Farming is continued until further order of the Court, provided, however, that U.S. Wind Farming, Inc. is permitted to expend the following funds: 1. $2,015.82 as compensation to Mary Walsh for employment services during the two week period ended July 31, 2005; 2. $2,015.82 as compensation to Mary Walsh for employment services for the two week period ended August 15, 2005 and 3. $2,361.34 to Inter Continental Center for office rent for the month of August 2005.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | SN |
|---|---|---|