

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4259 | **DATE** | 8/15/2005 |
| **CASE TITLE** | US SEC vs. U.S. Wind Farming, Inc. | | |

**DOCKET ENTRY TEXT:**

Enter Order. It is hereby ordered that the asset freeze entered on August 8, 2005 is continued, provided that U.S. Wind Farming, Inc. is permitted to expend the following funds: 1. $2,015.82 as compensation to Mary Walsh for employment services during the two week period ended August 31, 2005. 2. $2,458.60 for the following federal employment taxes due on August 15, 2005 for the period ended July 31, 2005. 3. $254.71 for Illinois state income tax withholding and 4. $11,844.27 to Peter Schaefer, Attorney, in payment of professional services.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | SN |
|---|---|---|