Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4259 | **DATE** | 9/8/2005 |
| **CASE TITLE** | US SEC vs. U.S. Wind Farming, Inc. | | |

**DOCKET ENTRY TEXT:**

Enter Order. It is hereby ordered that U.S. Wind Framing, Inc. is permitted to expend the following funds $1,418.88 for federal income tax withholding, social security and medicare with respect to the compensation paid to Mary Walsh for the period from August 1, 2005 to August 31, 2005 and $156.26 for Illinois state income tax withholding with respect to the compensation paid to Mary Walsh for the period from August 1, 2005 to August 31, 2005.

■ [ For further detail see attached order.]

Notices mailed by judge's staff

| | Courtroom Deputy Initials: | SN |
|---|---|---|