IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES SECURITIES )
AND EXCHANGE COMMISSION, )
 )
            Plaintiff, )
 )
v. ) No. 05 C 4259
 )
U.S. WIND FARMING, INC., et al., )
 )
           Defendants. )

## MEMORANDUM

Raymond McNamee ("McNamee") has just filed a notice of appeal from what he characterizes as a final order entered by this Court on August 8, 2006. Because this Court's recollection was that nothing of the sort took place on that date, it has had the brief proceedings transcribed and attached to this memorandum order. As reflected in the transcript, the only order entered on August 8 was one that granted leave to the SEC to file its First Amended Complaint ("FAC") and set August 29 as the date for McNamee to file his response--and indeed, McNamee voiced no objection to the FAC's filing and requested the three-week response period that this Court granted.

Accordingly, McNamee's notice of appeal is legally frivolous. This Court is transmitting a copy of this memorandum to the Court of Appeals, and it will proceed with the action.

                                              Milton I. Shadur
                                              Senior United States District Judge

Date: October 17, 2006

1

2          IN THE, UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
3                    EASTERN DIVISION

4
   UNITED STATES SEC,                    ) DOCKET NO. 05 C 4259
5                                        )
                          Plaintiff,)
6                                        )
      vs.                                )
7                                        )
   U. S. WIND FARMING, et al.,           ) Chicago, Illinois
8                                        ) August 8, 2006
                          Defendants.) 8:45 o'clock a.m.
9

10

11      TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE
                    MILTON I. SHADUR, Judge
12
   APPEARANCES:
13
   For the Plaintiff:
14          MR. PAUL MENSHEHA

15

16 For the Defendants: RAYMOND J. McNAMEE,
                       Pro se
17

18
                         JESSE ANDREWS
19      Official Court Reporter - U. S. District Court
                     219 S. Dearborn Street
20                  Chicago, Illinois  60604
                       (312) 435-6899
21

22              *    *    *    *    *    *

23

24

25

```
 1      (Whereupon the following proceedings were had in part via
 2      a telephone conference)
 3          THE CLERK:   05 C 4259, United States Securities and
 4  Exchange Commission vs. U. S. Wind Farming.
 5          MR. MENSHEHA:   Good morning, your Honor.   Paul
 6  Mensheha for the Securities and Exchange Commission.
 7          THE COURT:   And Mr. McNamee, can you reflect you
 8  appearance as well?
 9          MR. McNAMEE:   Ray McNamee.
10          THE COURT:   Okay.   As you know, Mr. McNamee, I set
11  over for today, although this is the kind of motion that is
12  ordinarily granted as a matter of course, the SEC's motion for
13  leave to file its First Amended Complaint.   After having had a
14  full opportunity to take a look at it, do you see any problem
15  with the filing?   I am not asking to you agree with what they
16  have alleged, but rather the filing of the document as such?
17          MR. McNAMEE:   No, your Honor.   I find it extremely
18  interesting that they waited eight months to do so.   And
19  Mr. Mensheha did talk to my attorney, Mary Gardner, I believe
20  back in November.   He said to her that if I didn't sign the
21  settlement they probably would do this.   But they at this point
22  in time, it's extremely interesting.
23          THE COURT:   All right.   In any event, I will grant
24  it.   How much time do you need to respond to the First Amended
25  Complaint?
```

3

MR. McNAMEE: How much time do I have? I ma in the middle of -- I have to put together a reply for the Appellate Court. They know that. And I guess I can file an extension of time with them. How much time can I have?

THE COURT: Well, this is not a subject really for negotiation. I have asked how much time do you really need, and you tell me.

MR. McNAMEE: I can submit evidence if that's necessary.

THE COURT: No, no. You know you deal basically with the allegations in terms of admitting or denying or stating --

MR. McNAMEE: So I need to file an answer, is that what you mean?

THE COURT: Yes.

MR. McNAMEE: All right. Two or three weeks max.

THE COURT: Okay. Let me give you -- wait just a minute. Let me take a look at my calendar here. I will give you 3 weeks, that's until August 29th.

Now let me just take a look at the my sheet to see we what we have got as a next status. Hold for just a minute.

MR. MENSHEHA: Your Honor, I believe it's September 13th.

THE COURT: Pardon me?

MR. MENSHEHA: I believe it's September 13th.

THE COURT: Right. And we will keep then the

```
                                                                      4
 1  September 13th status date that we set the other day.  Okay.
 2           MR. MENSHEHA:  Your Honor, if --
 3           MR. McNAMEE:  I am sorry.  What was the 13th for?
 4           THE COURT:  That's for status at 9 o'clock, September
 5  13th.
 6           MR. McNAMEE:  Okay.
 7           MR. MENSHEHA:  If I may clarify one thing.
 8  Mr. McNamee has asserted with regard to our conversation with
 9  Mary Gardner.  We in no way ever threatened Mr. McNamee with
10  regard to a consent.  We merely informed Ms. Gardner, after
11  they had filed a motion to dismiss, that this was something
12  that we were considering doing and we notified the Court back
13  in December, so as not to interrupt a possible briefing
14  schedule, that this was something that being considered in
15  terse of amending the Complaint.
16           THE COURT:  Well I am not ascribing fault to either
17  side in that connection.  It's here now.  I have granted leave.
18  Mr. McNamee has not objected to the filing as such, and I have
19  just set the time for response.
20           Thank you both.
21           MR. McNAMEE:  Thank you.
22           (WHICH WERE ALL OF THE PROCEEDINGS HAD AT THE HEARING OF
              THE ABOVE-ENTITLED CAUSE ON THE DAY AND DATE AFORESAID.)
23
24
25
```

5

CERTIFICATE

I HEREBY CERTIFY that the foregoing is a true and correct transcript from the report of proceedings in the above-entitled cause.

JESSE ANDREWS, CSR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
DATED: October 16, 2006