IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

UNITED STATES SECURITIES          )
AND EXCHANGE COMMISSION,          )
                                  )
                 Plaintiff,       )
                                  )
      v.                          )   No.  05 C 4259
                                  )
U.S. WIND FARMING, INC., et al.,  )
                                  )
                 Defendants.      )

                            MEMORANDUM

During the past two weeks this Court has received a spate of letters from stockholders of U.S. Wind Farming, Inc. ("Wind Farming"), all sounding the same refrain--that they are somehow being "punished" by an order entered in this action, presumably one whose primary targets were the defendants who violated the securities laws in connection with the sale of Wind Farming stock.[1] And just today counsel for Wind Farming has filed a response to Johnston's letter (he alone among those submitting letters has reflected any attempt to serve the parties litigant).

Wind Farming's response correctly reflects that Johnston, not being a party of record in this action, lacks standing to seek any relief from this Court--and that is equally true of all

---

[1] Presumably this sudden flurry of activity, when nothing of this nature has previously taken place during the two year life of this litigation, has a common stimulus--and, all things considered, that stimulus appears most likely to have emanated from Jimmie Johnston ("Johnston") in pursuit of his own self-interest. But if so, Johnston is of course free to act in that respect, and this Court sees no need to inquire on that score rather than dealing with the matter in the fashion set out here.

the others who have sent letters. There is thus no predicate for filing the Johnston or other letters, but because this Court cannot entertain ex parte communications, copies of all letters except Johnston's (which, as stated earlier, he has already circulated) are now being transmitted to all parties of record.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 3, 2007